**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

KYLE ENDICOTT, as )
Special Administrator )
for the Estate of Jennifer )
Crowell, deceased, )
)
          Plaintiff, )
)
v. )   Case No. CIV-21-319-JAR
)
TERRY PARK, in his )
official capacity as Sheriff )
of Choctaw County, )
Oklahoma, )
)
         Defendant. )

**JUDGMENT ON JURY VERDICT**

The jury, having been duly sworn upon their oath in this case, rendered its verdict based upon its deliberations after the presentation of evidence and arguments of counsel and after receiving the instructions on the law from the Court. In accordance with the verdict of the jury,

IT IS ORDERED, ADJUDGED and DECREED that judgment be entered in favor of Plaintiff Kyle Endicott, as Special

Administrator of the Estate of Jennifer Crowell and against Defendant Terry Park, in his official capacity as Sheriff of Choctaw County, Oklahoma in the total amount of $9,544,375.00, plus appropriate interest, if any.

FOR WHICH LET EXECUTION ISSUE.

IT IS SO ORDERED this 17th day of February, 2026.

_____
JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE